**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN RIVERS, et al.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>　　　　　Defendants. | Case No. 1:03-cv-00241-GK<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

　　　　This matter having come before the Court on the Plaintiffs' Motion For An Order To Show Cause Why Defendant The U.S. Army Corps of Engineers Should Not Be Held In Contempt and Sanctioned, and all other submissions related thereto, including oppositions, if any.

　　　　It is hereby ORDERED and ADJUDGED that the Plaintiffs' Motion For An Order To Show Cause is GRANTED.  The Corps is hereby held in contempt of court, and daily fines shall be required that are just and appropriate.

　　　　IT IS SO ORDERED,


_____　　　　　　　　　_____
DATED　　　　　　　　　　　　　　　　　　HONORABLE GLADYS KESSLER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DC\608839.1