UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN RIVERS, et al.,

          Plaintiffs,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

          Defendants.

Case No. 1:03-cv-00241-GK

## SECOND DECLARATION OF DAVID A. BECKER

I, David A. Becker, declare as follows:

    1.    I am an attorney in good standing with the law firm of Latham & Watkins, which represents Plaintiffs American Rivers, National Wildlife Federation, Iowa Wildlife Federation, Kansas Wildlife Federation, Montana Wildlife Federation, Nebraska Wildlife Federation, North Dakota Wildlife Federation, South Dakota Wildlife Federation, and Izaak Walton League of America in this action. I have personal knowledge of the matters set forth herein.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of a print-out from the Corps of Engineers website showing flow rates from Gavins Point Dam on the Missouri River as measured at Yankton, Nebraska, the first measuring point below the Dam. This data indicates that flows from July 15, 2003 through the most recent measurement at 10:00 a.m. on July 17, 2003 have been above 25,000 cfs, in violation of this Court's order of July 12, 2003. I accessed this information on the Corps website at http://www.nwd-mr.usace.army.mil/rcc/ on July 17, 2003, by clicking on "DCP Data"

under "Missouri River," and entering "YKN," for Yankton, in the dialog box asking for "DCP ID."

3. Attached hereto as Exhibit 2 is a true and correct copy of a print-out from the Corps of Engineers website that shows that on Thursday, July 17, 2003, Larry Cieslik, Chief of Missouri River Basin Water Management of the Corps of Engineers, ordered releases at Gavins Point Dam for July 18, 2003, to be maintained at 25,000 cubic feet per second ("cfs"), rather than in conformity with the 2000 Biological Opinion as required by this Court's order of July 12, 2003. I accessed this information on the Corps website at http://www.nwd-mr.usace.army.mil/rcc/ on July 17, 2003, by clicking on "Gavins Point" under "Power Production Orders."

4. Attached hereto as Exhibit 3 is a true and correct copy of a July 15, 2003 Press Release issued by the Corps.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Emergency Motion Of Federal Appellants The U.S. Army Corps Of Engineers, et al., For Stay Of Injunction Pending Appeal, filed with the Court of Appeals for the D.C. Circuit on July 15, 2003.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint filed by the State of Nebraska in the action captioned State of Nebraska et al. v. Ubbelohde, Case No. 8:02CV217, in the District Court for the District of Nebraska.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Appplication For A Temporary Restraining Order filed by the State of Nebraska in the action captioned State of Nebraska et al. v. Ubbelohde, Case No. 8:02CV217, in the District Court for the District of Nebraska.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of July , 2003, in Washington, D.C.

_David A. Becker_
David A. Becker